UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2103 JRT/RLE

| | | |
|---|---|---|
| BRIDGETTE ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>DULUTH FEDERAL PRISON CAMP,<br><br>Defendant. | ) | ORDER |

Upon application of Defendant Duluth Federal Prison Camp, no hearing hereon being deemed necessary, and for cause shown, it is hereby

ORDERED that Defendant Duluth Federal Prison Camp shall be, and hereby is, granted an extension of time to respond to the complaint to January 18, 2002.

Dated: 11/26/01

Raymond L. Erickson

RAYMOND L. ERICKSON
United States Magistrate Judge

NOV 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5

RECEIVED
NOV 26 2001