UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2103 JRT/RLE

| | | |
|---|---|---|
| BRIDGETTE ALLEN, Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| DULUTH FEDERAL PRISON CAMP, Defendant. | ) | |

Pursuant to the Stipulation of Dismissal Without Prejudice, which stipulation is incorporated herein by reference, it is hereby:

ORDERED, ADJUDGED, and DECREED that this action shall be dismissed without prejudice for lack of subject matter jurisdiction, each party to bear its own attorney's fees, costs, disbursements, and expenses herein.

Dated: 7/11/2002

JOHN R. TUNHEIM
United States District Court Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK